| | |
|---|---|
| **Information to identify the case:** | |
| Debtor 1  **Robert C. Hutcheson Jr** | Social Security number or ITIN   **xxx−xx−2479** |
| First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Social Security number or ITIN   _ _ _ _ |
| First Name   Middle Name   Last Name | EIN   _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court   **Western District of Kentucky** | |
| Case number:   **18−10207−jal** | |

## Order of Discharge                                                                                        12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

   Robert C. Hutcheson Jr
   aka Bob Hutcheson

<u>6/6/18</u>                                                                      **By the court:**   <u>Joan A. Lloyd</u>
                                                                                                  United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

---

Official Form 318                                  **Order of Discharge**                                                 page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

```
                              United States Bankruptcy Court
                               Western District of Kentucky
In re:                                                                  Case No. 18-10207-jal
Robert C. Hutcheson, Jr                                                 Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0644-1           User: admin                  Page 1 of 2                  Date Rcvd: Jun 06, 2018
                               Form ID: 318                 Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 08, 2018.
db             Robert C. Hutcheson, Jr,    400 Lay Rd.,    Glens Fork, KY 42741-8506
cr            +First & Farmers National Bank, Inc.,    224 S Public Square,    Columbia, KY 42728-1499
6265734        ATLANTA POSTAL CREDIT UNION,    Acct No xxxxxxxx0118,    3900 CROWN RD.,    ATLANTA GA 30380-0010
6265736        CHASE,    Acct No xxxxxxxx1509,    ATTN: BANKRUPTCY,    MAIL CODE: OH4-7126,    3415 VISION DR.,
                COLUMBUS OH 43219-6009
6265738       +DUO COUNTY TELEPHONE CO-OP,    2150 N. MAIN ST.,    JAMESTOWN KY 42629-2511
6265740        FARM SERVICE AGENCY,    Acct No 41-02,    U. S. DEPT OF AGRICULTURE,    916 CAMPBELLSVILLE RD.,
                COLUMBIA KY 42728-2203
6265741        FIRST & FARMERS BANK,    200 S. WASHINGTON ST.,    ALBANY KY 42602-1226
6265742        FRANKLIN COLLECTION SERVICES,    2978 W. JACKSON ST.,    TUPELO MS 38801-6731
6284241       +First & Farmers National Bank, Inc.,    c/o Harlan Judd,    869 Broadway Ave,
                Bowling Green, KY 42101-2571
6265743        HON. HUNTER DURHAM,    Acct No 17,    P.O. BOX 100,    COLUMBIA KY 42728-0100
6265744        HON. VAN F. PHILLIPS,    Acct No 17,    P.O. BOX 391,    MONTICELLO KY 42633-0391
6275807       +Harris & Harris Collections,    111 W. Jackson Blvd, Ste 400,    Chicago, IL 60604-4135
6265747        OFFICE OF THE U. S. ATTORNEY,    Acct No 41-02,    WESTERN DISTRICT OF KY,    FARM SERVICE AGENCY,
                717 WEST BROADWAY,    LOUISVILLE KY 40202-2215
6265748       +SHEILA HUTCHESON,    P.O. BOX 1031,    COLUMBIA KY 42728-6031
6265749       +SHEILA RAE HUTCHESON,    P. O. BOX 1031,    COLUMBIA KY 42728-6031
6265751        WFB/CABELAS,    P. O. BOX 82608,    LINCOLN NE 68501-2608

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/Text: rmcclendon@mbcbank.com Jun 06 2018 19:44:54      Monticello Banking Company,
                P.O. Box 421,    50 North Main Street,    Monticello, KY 42633-2851
cr            +EDI: RMSC.COM Jun 06 2018 23:23:00      Synchrony Bank,    c/o PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
6265733        EDI: URSI.COM Jun 06 2018 23:23:00      ALLTRAN FINANCAIL, LP,    Acct No xxxxxxxx1509,
                P.O. BOX 722929,    HOUSTON TX 77272-2929
6265735        E-mail/Text: ACF-EBN@acf-inc.com Jun 06 2018 19:43:10      ATLANTIC CREDIT & FINANCE CORP,
                Acct No xxxxxxxx4631,    P.O. BOX 13386,    ROANOKE VA 24033-3386
6265737        EDI: RCSFNBMARIN.COM Jun 06 2018 23:23:00      CREDIT ONE BANK,    Acct No xxxx-xxxx-xxxx-2067,
                P.O. BOX 98872,    LAS VEGAS NV 89193-8872
6265739        E-mail/Text: clark.sturgeon@ky.usda.gov Jun 06 2018 19:44:12      FARM SERVICE AGENCY,
                Acct No 41-02,    U. S. DEPT OF AGRICULTURE,    ATTN: STATE EXECUTIVE DIRECTOR,
                771 CORPORATE DR., SUITE 100,    LEXINGTON KY 40503-5438
6265745        EDI: MID8.COM Jun 06 2018 23:23:00      MIDLAND FUNDING LLC,    Acct No xxxxxxxx4631,
                2365 NORTHSIDE DR., SUITE 300,    SAN DIEGO CA 92108-2709
6265746        E-mail/Text: rmcclendon@mbcbank.com Jun 06 2018 19:44:54      MONTICELLO BANKING CO.,
                Acct No 17,    P. O. BOX 421,    MONTICELLO KY 42633-0421
6275806        EDI: PRA.COM Jun 06 2018 23:23:00      PRA Receivables Management, LLC,    P.O. Box 41021,
                Norfolk, VA 23541-1021
6265750        EDI: RMSC.COM Jun 06 2018 23:23:00      SYNCB/CARE CREDIT,    Acct No xxxxxxxx4631,
                P.O. BOX 965060,    ORLANDO FL 32896-5060
6266648       +EDI: RMSC.COM Jun 06 2018 23:23:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked ‘+’ were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 08, 2018                                      Signature:  /s/Joseph Speetjens

```
District/off: 0644-1          User: admin              Page 2 of 2             Date Rcvd: Jun 06, 2018
                              Form ID: 318             Total Noticed: 27
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 6, 2018 at the address(es) listed below:
              Albert F. Nasuti    on behalf of Creditor    Atlanta Postal Credit Union anasuti@tokn.com
              Alicia C. Johnson    bkalicia@hotmail.com,  bk_bruce@hotmail.com;KY52@ecfcbis.com
              Charles R. Merrill    ustpregion08.lo.ecf@usdoj.gov
              Harlan E. Judd, III    on behalf of Creditor    First & Farmers National Bank, Inc.
               Harlanjuddlaw@gmail.com,   juddlawsecretary@gmail.com
              Marilyn J. Neumann    on behalf of Debtor Robert C. Hutcheson, Jr neumannlaw@windstream.net,
               theneumanns3@windstream.net;r42491@notify.bestcase.com
              Van F. Phillips    on behalf of Creditor    Monticello Banking Company office@phillipsattorneys.net
                                                                                            TOTAL: 6
```